IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09 cr 24

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| NORMAN CARPENTER. | ) | |
| | ) | |

**THIS MATTER** has come before the undersigned pursuant to a Motion to Withdraw as Attorney of Record and Request Appointment of New Counsel (#31). An examination of the motion shows that good cause has been shown for the granting of the motion and the motion will be allowed.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the Motion to Withdraw as Attorney of Record and Request Appointment of New Counsel (#31) is hereby **ALLOWED** and Fredilyn Sison is allowed to withdraw as counsel of record for the Defendant. The Court further **ORDERS** as a part of granting the motion, that counsel be appointed by the Federal Defenders of Western North Carolina, Inc. to represent Defendant in this matter.

Signed: June 19, 2014

_____
Dennis L. Howell
United States Magistrate Judge